UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:03-cr-501-KJD |
| ) | |
| vs. ) | |
| ) | |
| JOANNE MONTOYA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#10) on February 23, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee in the amount listed below:

Name of Payee:  U.S. Department of Veterans Affairs
Amount of Restitution Ordered: $47,516.00

Dated this __3rd__ day of ~~July~~ August, 2016.

_____
UNITED STATES DISTRICT JUDGE